In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-517 CV


____________________



DP SOLUTIONS, INC., Appellant



V.



ROLLINS, INC., Appellee






On Appeal from the County Court at Law No. 2


Angelina County, Texas


Trial Cause No. 12502






MEMORANDUM OPINION (1)


 The appellant and cross-appellee, DP Solutions, Inc., and the appellee and cross-appellant, Rollins, Inc., filed a joint motion to dismiss this appeal. The parties allege they
have settled all disputes and desire to dismiss this appeal. The Court finds that the motion
is voluntarily made by the parties through their attorneys of record prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1), (2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the incurring party.

 

 PER CURIAM


Opinion Delivered May 20, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.